# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135215

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRANDON ALLEN ARNOLD,
     Defendant-Appellant.

SC: 135215
COA: 271511
Oakland CC: 2005-204581-FC

_____/

     On order of the Court, the application for leave to appeal the September 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

_____
Clerk